The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on October 04, 2010, which may be different from its entry on the record.

IT IS SO ORDERED.



Dated: October 04, 2010

**Arthur I. Harris**
**United States Bankruptcy Judge**

___

BK1007332
AAH

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 10-14790 |
| Mark Nugent<br>Candice Nugent | Chapter 13 |
| | Judge Harris |
| Debtors | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY, LLC SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY BY AND THROUGH U.S. BANK HOME MORTGAGE ITS SERVICER FOR RELIEF FROM STAY(ADDRESS OF REAL PROPERTY:14122-14126 VIOLA AVENUE, CLEVELAND, OH 44111)** |

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by U.S. Bank, N.A. successor by merger to the Leader Mortgage Company, LLC successor by merger to the Leader Mortgage Company by and through U.S. Bank Home Mortgage its servicer ("Movant"). (Docket **26**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for

the Debtor(s), the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor(s). Movant is directed to file a report of sale promptly following liquidation of the property located at 14122-14126 Viola Avenue Cleveland, OH 44111 (the "Collateral") if any excess proceeds are received. Should Movant seek to file any unsecured deficiency claim, Movant shall do so no later than 90 days after this Order is entered. If the collateral has not been liquidated, the deficiency claim is to be estimated.

###

SUBMITTED BY:

/s/ Erin A Jochim
Erin A Jochim, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0077062
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Robert J Berk, Esq. - Attorney for Debtors
75 Public Sq
#1425
Cleveland, OH 44113
bobberklex@aol.com
VIA ELECTRONIC SERVICE

Erin A Jochim, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

National City Bank - Creditor
4000 West 50th Street
Cleveland, OH 44135
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Mark Nugent - Debtor
5968 Emerald Street
North Ridgeville, OH 44039
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Candice Nugent - Debtor
5968 Emerald Street
North Ridgeville, OH 44039
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Craig H. Shopneck - Trustee
BP Tower
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
chap13shopneck@chap13cleve.com
VIA ELECTRONIC SERVICE